IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L.A., a legally incapacitated minor, by and through his Mother and Next Friend, KIERSTEN REESER, and KIERSTEN REESER, Individually, and JEREMY ARMSTRONG, Individually

    Plaintiffs,

v.

CASE NO. 21-cv-11317

HON.: Robert H. Cleland

UNITED STATES OF AMERICA, and W.A. FOOTE MEMORIAL HOSPITAL a/k/a HENRY FORD ALLEGIANCE HEALTH, and CHARLES EDWARD ROLLISON, D.O., and RONALD NICHOLS, M.D., and ALMA GARLO, M.D., and CENTER FOR FAMILY HEALTH, and JOANNE KINGSLEY, M.D., and MONICA HILL, M.D.

    Defendants.

---

| | |
|---|---|
| JACK BEAM (P24600)<br>Attorney for Plaintiffs<br>BEAM LEGAL TEAM, LLC<br>954 W. Washington Boulevard, Suite 215<br>Chicago, IL 60607<br>(312) 733-0930; (312) 733-0921 (Fax) | GEOFFREY N. FIEGER (P30441)<br>Attorney for Plaintiffs<br>FIEGER, FIEGER, KENNEY & HARRINGTON P.C.<br>19390 West Ten Mile Road<br>Southfield, MI 48075<br>(248) 355-5555; (248) 355-5148 (Fax) |

---

## EX PARTE ORDER APPOINTING KIERSTEN REESER AS NEXT FRIEND OF MINOR, L.A.

At a session of said Court, held in
the United States District Court
for the Eastern District of Michigan
Southern Division

PRESENT: HON.   ROBERT H. CLELAND
Judge

Upon the Petition and Consent of Kiersten Reeser, the mother of the minor Plaintiff, L.A., for appointment of herself as Next Friend, having been considered, the Court finds that:

Kiersten Reeser is competent and suitable to be appointed Next Friend of L.A., a minor; and, that Kiersten Reeser has consented to such appointment.

IT IS HEREBY ORDERED that Kiersten Reeser be appointed Next Friend of L.A., a minor, for the purpose of bringing this cause of action against Defendants, United States of America, Henry Ford Health System, Henry Ford Allegiance Health d/b/a W.A. Foote Memorial Hospital and Center for Family Health, et al., for losses sustained by minor Plaintiff, L.A., as a result of medical negligence occurring at or around his date of birth (2019).

S/Robert H. Cleland
United States District Judge

Dated; June 8, 2021