United States District Court
Eastern District of Michigan

**L.A.**, a legally incapacitated Minor, by and through his Mother and Next Friend, **Kiersten Reeser**, **Kiersten Reeser**, Individually, **Jeremy Armstrong**, Individually,

    Plaintiffs,

v.

**United States of America,** and **W.A. Foote Memorial Hospital** a/k/a **Henry Ford Allegiance Health,** and **Charles Edward Rollison, D.O.,** and **Ronald Nichols, M.D.,** and **Alma Garlo, M.D.**,

    Defendants.

Civil Nos.  21-11317 & 21-12050

Honorable Robert H. Cleland
Mag. Judge David R. Grand

## Stipulated Order of Dismissal

**NOW COME** the parties, **Plaintiffs, L.A., a legally incapacitated Minor, by and through his Mother and Next Friend, Kiersten Reeser, Individually, Jeremy Armstrong, Individually**, by and through their counsel of record, Beam Legal Team, LLC and Geoffrey N. Fieger, Esq.; **Defendants W.A. Foote Memorial Hospital a/k/a Henry Ford Allegiance Health and Ronald Nichols, M.D.**, by and through their counsel of record, LeRoy Wulfmeier, Esq. and John R. Fleming, Esq.; and **Charles Edward Rollison, D.O. and Alma Garlo, M.D.**, by

1

and through their counsel of record, Ralph F. Valitutti, Esq and Michael J. Paolucci, Esq., and hereby stipulate and agree to the following:

The parties stipulate to the voluntary dismissal of all Defendants from Case No. 21-cv-11317, without prejudice. Accordingly,

**IT IS HEREBY ORDERED that Case No. 21-cv-11317 is dismissed without prejudice.** All proceedings regarding the claims set forth in the above-captioned matter will proceed under Case No. 21-cv-12050, consistent with the Stipulated Order entered by Judge David R. Grand on March 3, 2022 (21-cv-12050, Doc. No. 25).

**IT IS SO ORDERED**.

<u>s/Robert H. Cleland</u>
**Robert H. Cleland**
United States District Judge

Dated: March 16, 2022

Stipulated and Agreed to by:

**BEAM LEGAL TEAM, LLC**

/s/  Ryan Timoney
Ryan P. Timoney (P81685)
954 W. Washington Blvd., Suite 215
Chicago, IL 60607
(312) 733-0930
mpatterson@beamlegalteam.com

*Attorneys for Plaintiffs*

Dated: 3/16/2022

**GIARMARCO, MULLINS & HORTON, PC**

/s/ LeRoy H. Wulfmeier, III
*(w/permission)*
LeRoy H. Wulfmeier, III (P22583)
John R. Fleming (P79748)
101 W. Big Beaver Rd., 10th Floor
Troy, MI  48084
(248) 457-7000
lwulfmeier@gmhlaw.com
jfleming@gmhlaw.com

*Attorneys for Defendants W.A. Foote Memorial Hospital a/k/a Henry Ford Allegiance Health and Ronald Nichols, M.D.*

Dated: 3/16/2022

**KITCH, DRUTCHAS, WAGNER, VALITUTTI & SHERBROOK**

/s/Michael J. Paolucci
*(w/permission)*
Ralph F. Valitutti, Jr. (P26128)
Michael J. Paolucci (P44548)
10 South Main Street, Ste. 200
Mt. Clemens, MI  48043
(586) 983-4130
ralph.valitutti@kitch.com
michael.paolucci@kitch.com

*Attorneys for Defendants Rollison and Garlo*

Dated: 3/16/2022